**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT

DATE: 7/29/2021 @ 2:07

TAPE: FTR

TIME IN COURT: 8 minutes

MAGISTRATE JUDGE: CHRISTOPHER C. BLY
COURTROOM DEPUTY CLERK: JAMES JARVIS
CASE NUMBER: 1:21-mj-718-CCB
DEFENDANT'S NAME: Bobby J. Mincey
AUSA: Greg Radics
DEFENDANT'S ATTY: Millie Dunn
USPO / PTR: _____
( ) Retained ( ) CJA (✓) FDP ( ) Waived

✓ ARREST DATE 7/29/21
✓ Initial appearance hearing held.
✓ Defendant informed of rights.
___ Interpreter sworn: _____

**COUNSEL**

✓ ORDER appointing Federal Defender as counsel for defendant.
___ ORDER appointing _____ as counsel for defendant.
___ ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

___ Defendant ORALLY WAIVES identity hearing.    ___ WAIVER FILED
___ Identity hearing HELD.    ___ Def is named def. in indictment/complaint; held for removal to other district.
___ Defendant ORALLY WAIVES preliminary hearing in this district only.    ___ WAIVER FILED
___ Preliminary hearing HELD.    ___ Probable cause found; def. held to District Court for removal to other district
___ Commitment issued. Detention hearing to be held in charging district

**BOND/PRETRIAL DETENTION HEARING**

✓ Government motion for detention filed.    _____ @ _____
✓ Pretrial hearing set for Tuesday 8/3 @ 11:00 am    ( ) In charging district.)

Detention + Identity Hrg on 8/3/21 Courtroom 2008

___ Bond/Pretrial detention hearing held.
___ Government motion for detention ( ) GRANTED ( ) DENIED
___ Pretrial detention ordered.    ___ Written order to follow.
___ BOND set at    ___ NON-SURETY    ___ SURETY
___ cash    ___ property    ___ corporate surety ONLY
SPECIAL CONDITIONS: _____

___ Defendant released.
___ Bond not executed. Defendant to remain in Marshal's custody.
___ Motion ( ___ verbal) to reduce/revoke bond filed.
___ Motion to reduce/revoke bond    ___ GRANTED    ___ DENIED
___ See page 2